# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3710

_____

United States of America

*Plaintiff - Appellee*

v.

Kenny Eugene Smart

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: February 15, 2021
Filed: March 4, 2021
[Unpublished]

_____

Before SMITH, Chief Judge, ARNOLD and STRAS, Circuit Judges.

_____

PER CURIAM.

After pleading guilty to being a felon in possession of a firearm, *see* 18 U.S.C. § 922(g)(1), Kenny Smart was sentenced to fifteen years in prison and five years of supervised release. A few months after Smart completed his prison term, the district

court[1] revoked Smart's supervised release because, among other things, he committed another crime—driving under the influence of alcohol. The district court sentenced Smart to six months in prison and four years of supervised release. He maintains that this six-month prison term is substantively unreasonable.

The record shows that Smart completed his imprisonment in May 2020. Since he challenges the reasonableness of his prison term only (and not the additional term of supervised release), his appeal is moot. *See United States v. Hill*, 889 F.3d 953, 954 (8th Cir. 2018); *see also Owen v. United States*, 930 F.3d 989, 990 (8th Cir. 2019).

Appeal dismissed.

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.